UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRANE FORTUNE LLC; dba 24 SEVEN # 3; aka MOMIN; aka ALI § § § § Plaintiffs § VS. § § UNITED STATES OF AMERICA § | CIVIL ACTION NO. 4:17-CV-3323 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Instrument No. 16) of United States Magistrate Judge Christina Bryan signed on December 12, 2018, regarding **Instrument No. 10**.

The Court finds as of [date this Order is prepared] no objections were filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C) and General Order 80-5, S.D. Texas. Failure to file objections within 14 days after being served with a copy has barred the parties from attacking on appeal the Magistrate's factual findings.

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk of the Court shall provide a true copy of this Order to all counsel of record.

SIGNED on this the 3rd day of January, 2019, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**